# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BOYNTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, MORGAN STANLEY & CO. INCORPORATED and DOES 1 to 100,,<br><br>    Defendants. | Case No. 2:15-CV-01194-JAM-CKD<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING A 90-DAY CONTINUANCE OF CROSS-MOTION FILING AND HEARING DATES**<br><br>Complaint Filed:  June 3, 2015 |

## ORDER

Having considered the Stipulation of Plaintiff Adam Boynton ("Plaintiff") and Defendants Metropolitan Life Insurance Company and Morgan Stanley & Company LLC, formerly known as Morgan Stanley & Company Incorporated ("Defendants") (collectively, the "Parties"), and for good cause appearing, it is hereby ordered that the schedule for the filing and hearing of cross-motions for summary judgment in this case shall be continued as follows:.

| Deadline / Hearing | Prior Date | New Date |
| --- | --- | --- |
| Plaintiff to file MSJ | September 13, 2016 | December 13, 2016 |
| Defendants to file their Cross-MSJ, and Opposition to Plaintiff's MSJ | October 11, 2016 | February 2, 2017 |
| Plaintiff to file Reply in support of his MSJ, and Opposition to Defendants' MSJ | November 2, 2016 | February 16, 2016 |
| Defendants to file Reply in support of their MSJ | November 16, 2016 | March 7, 2017 |
| Hearing on Cross-Motions for Summary Judgment | November 22, 2016 – 1:30 p.m. | March 21, 2017 – 1:30 p.m. |

**IT IS HEREBY ORDERED**.

DATED: September 12, 2016

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1