# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BOYNTON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, MORGAN STANLEY & CO. INCORPORATED and DOES 1 to 100,,,<br><br>　　　　　Defendants. | Case No. 2:15-CV-01194-JAM-CKD<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING A 90-DAY CONTINUANCE OF CROSS-MOTION FILING AND HEARING DATES**<br><br>Complaint Filed:   June 3, 2015 |

36150685v1 0974925

Case No. 2:15-CV-01194-JAM-CKD

**Error! Unknown document property name.**

# **ORDER**

Having considered the Stipulation of Plaintiff Adam Boynton ("Plaintiff") and Defendants Metropolitan Life Insurance Company and Morgan Stanley & Company LLC, formerly known as Morgan Stanley & Company Incorporated ("Defendants") (collectively, the "Parties"), and for good cause appearing, it is hereby ordered that the schedule for the filing and hearing of cross-motions for summary judgment in this case shall be continued as follows:.

| Deadline / Hearing | Prior Date | New Date |
|---|---|---|
| Plaintiff to file MSJ | December 13, 2016 | March 7, 2017 |
| Defendants to file their Cross-MSJ, and Opposition to Plaintiff's MSJ | February 2, 2017 | April 27, 2017 |
| Plaintiff to file Reply in support of his MSJ, and Opposition to Defendants' MSJ | February 16, 2017 | May 18, 2017 |
| Defendants to file Reply in support of their MSJ | March 7, 2017 | June 6, 2017 |
| Hearing on Cross-Motions for Summary Judgment | March 21, 2017 – 1:30 p.m. | July 25, 2017 – 1:30 p.m. |

**IT IS HEREBY ORDERED**.

DATED: 11/28/2016                    /s/ John A. Mendez_____

HON. JOHN A. MENDEZ

UNITED STATES DISTRICT JUDGE

36150685v1 0974925

Case No. 2:15-CV-01194-JAM-CKD

**Error! Unknown document property name.**