# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BOYNTON,<br><br>   Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, MORGAN STANLEY & CO. INCORPORATED and DOES 1 to 100,,<br><br>   Defendants. | Case No. 2:15-CV-01194-JAM-CKD<br><br>Hon. John A. Mendez<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF PARTIES FOR SUBTITUTION OF PLAINTIFF WITHOUT HEARING<br><br>Complaint Filed:  June 3, 2015 |

1  **ORDER**

2  Having considered the Stipulation of Plaintiff Adam Boynton ("Plaintiff")
3  and Defendants Metropolitan Life Insurance Company and Morgan Stanley &
4  Company LLC, formerly known as Morgan Stanley & Company Incorporated
5  ("Defendants") (collectively, the "Parties"), and for good cause appearing, it is
6  hereby ordered the substitution of Estate Administrator Dawn Nahhas as personal
7  representative in place of decedent Adam Boynton is granted without Hearing.

9  **IT IS HEREBY ORDERED.**

11  DATED: 2-10-2017

  _____
  HON. JOHN A. MENDEZ
  UNITED STATES DISTRICT JUDGE