# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN NAHHAS, as Administrator of the Estate of Adam Boynton, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, MORGAN STANLEY & CO INCORPORATED and DOES 1 to 100, <br><br> Defendants. | Case No. 2:15-cv-01194-JAM-CKD <br><br> (Honorable John A. Mendez) <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** <br><br> Complaint Filed: June 3, 2015 |

HINSHAW & CULBERTSON
4675 MacArthur Court
Suite 545
Newport Beach, CA 92660
949-757-2800

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 4/12/2017 /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

HINSHAW & CULBERTSON
4675 MacArthur Court
Suite 545
Newport Beach, CA 92660
949-757-2800